1 | Matthew L. Johnson (6004)
Russell G. Gubler (10889)
2 | Matthew L. Johnson & Associates, P.C.
8831 West Sahara Avenue
3 | Las Vegas, Nevada 89117
Telephone: (702) 471-0065
4 | Facsimilie: (702) 471-0075
mjohnson@mjohnsonlaw.com
5 | rgubler@mjohnsonlaw.com
Attorneys for Plaintiff

6

7

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

8

9

10 | HICA EDUCATION LOAN
CORPORATION,                              )
11 |            Plaintiff,                  )    No. 2:12-cv-00933-KJD-CWH
                                           )
12 | v.                                    )
                                           )    DEFAULT JUDGMENT
13 | JAMES L. ALLEN,                        )
             Defendant.                     )

14

15 | Before the Court is a Motion for Default Judgment filed in this case by Plaintiff, HICA

16 | Education Loan Corporation ("Plaintiff"), against Defendant, James L. Allen ("Defendant").

17 | The Court takes notice of the entry of Defendant's Default. (ECF # 10). In consideration of
the Clerk's records, the pleadings, and the Plaintiff's Motion, the Court finds that the Plaintiff's

18 | Motion is in good order and well-founded and that the Plaintiff's Motion should be

19 | GRANTED. IT IS, THEREFORE,

20 | **ORDERED, ADJUDGED, and DECREED** that Plaintiff shall be, and hereby is,
awarded judgment from and against Defendant for $8,890.14, with additional prejudgment

21 | interest from July 17, 2012, to the date of this judgment at the rate of $0.69 per day.

22 | **IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that this judgment

23 | shall bear interest from the date of this judgment until it is paid at a variable rate calculated by

24 | the Secretary of the Department of Health and Human Services for each calendar quarter and
Page 1 of 2

25

26

computed by determining the average of the bond equivalent rates for the ninety-one day U.S. Treasury Bills auctioned during the preceding quarter, plus three percent, rounding this figure up to the nearest one-eighth of one percent.

SIGNED this ___30th___ day of ___July___, 2012.

_____
UNITED STATES DISTRICT JUDGE

Submitted by,
Matthew L. Johnson & Associates, P.C.

_____
Matthew L. Johnson (6004)
Russell G. Gubler (10889)
Katie A. Bindrup (12181)
8831 West Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 471-0065

Page 2 of 2