Matthew L. Johnson (6004)
Russell G. Gubler (10889)
Matthew L. Johnson & Associates, P.C.
8831 West Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 471-0065
Facsimilie: (702) 471-0075
mjohnson@mjohnsonlaw.com
rgubler@mjohnsonlaw.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| HICA EDUCATION LOAN CORPORATION,<br>　　　　Plaintiff,<br><br>v.<br><br>JAMES L. ALLEN,<br>　　　　Defendant. | No. 2:12-cv-00933-KJD-CWH<br><br>ORDER GRANTING AWARD OF ATTORNEYS' FEES AND COSTS |

BEFORE THE COURT is Plaintiff's Motion for Award of Attorneys' Fees and Costs ("the Motion"). The Court has considered the Motion and the evidenced presented in support thereof, and is of the opinion that the Motion should be GRANTED. IT IS, THEREFORE,

**ORDERED, ADJUDGED, and DECREED** that Plaintiff, HICA Education Loan Corporation shall be, and hereby is, awarded attorneys' fees against Defendant, JAMES L. ALLEN, in the amount of $1,712.50, plus court costs in the amount of $479.78, for which, let execution issue.

SIGNED this __17th__ day of __September__, 2012.

_____
UNITED STATES DISTRICT JUDGE PRESIDING

Page 1 of 1